UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00414-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MELISSA WHEELER,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Monday, November 13, 2006,** and responses to these motions shall be filed by **Monday, November 20, 2006.** It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, November 27, 2005, at 1:30 p.m., in courtroom A-1002.**  It is

    FURTHER ORDERED that a 2-day jury trial is set for **Monday, December 4, 2006, at 9:00 a.m., in courtroom A-1002.**

Dated:  October 30, 2006

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                U. S. District Judge