UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Criminal Case No. 06-cr-00414-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MELISSA WHEELER,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on the Status Report filed by counsel for Defendant Melissa Wheeler on December 18, 2006. A hearing was held in this case on November 28, 2006 at which Defendant failed to appear. At the hearing, counsel for Defendant was ordered to file for a further status conference or make any other appropriate filing after making contact with Defendant. In addition, the jury trial set for December 4, 2006 was vacated. In the status report filed December 18, 2006, counsel for Defendant states that the Court ordered an arrest warrant for Defendant when she failed to appear at the November 28, 2006, hearing, but that Defendant has not yet been arrested on the warrant.

Due to the unavailability of the Defendant the speedy trial deadlines in this case are tolled as of November 28, 2006, pursuant to 18 U.S.C. § 3161(h)(3). Counsel for Defendant shall promptly inform the Court when Defendant is arrested on the warrant and available for trial.

Dated: December 19, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge