# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# JUDGE WILEY Y. DANIEL

_____

| | | | |
|---|---|---|---|
| Date: | October 1, 2007 | Probation: | Susan Heckman |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **06-cr-00414-WYD**          Counsel:

UNITED STATES OF AMERICA,                       Tim Neff

       Plaintiff,

v.

**1. MELISSA WHEELER**,                         Janine Yunker

       Defendant.
_____

## SENTENCING
_____

**4:25 p.m.**      Court in Session - Defendant present (in-custody)

       **Change of Plea Hearing - February 9, 2007**
       **Plea of Guilty - count 1 of Indictment**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

4:25 p.m.      Statement on behalf of Defendant (Ms. Yunker).

4:26 p.m.      Statement on behalf of Government (Mr. Neff).

4:26 p.m.      Statement by Defendant on her own behalf (Ms. Wheeler).

       Court makes findings.

Judge Wiley Y. Daniel
06-cr-00414-WYD - Sentencing Minutes

**ORDERED:**  Defendant's Motion for Sentence at Variance from Advisory Guideline Range (#40 - 3/29/07) is **GRANTED.**

**ORDERED:**  Defendant be **imprisoned** for **TIME SERVED.**

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years.

**ORDERED:**  **Conditions** of **Supervised Release** are:

(X)  Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X)  Defendant shall not commit another federal, state or local crime.

(X)  Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)  Defendant shall comply with standard conditions adopted by the Court.

(X)  If the judgment in this case imposes a fine or restitution obligation, it shall be a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment.

(X)  Defendant shall not unlawfully possess a controlled substance.

(X)  The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)  The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED:**  **Special Condition(s)** of **Supervised Release** are:

(X)  The defendant shall reside in Independence House on South Federal, a residential reentry center, for a period of **6 months or until release by the supervising probation officer** to commence on Monday, October 1, 2007 and shall observe the rules of that facility.

Judge Wiley Y. Daniel
06-cr-00414-WYD - Sentencing Minutes

    (X)    The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer, unless defendant is in compliance with the installment payment schedule.

    (X)    Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by probation.

    (X)    The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer.  The defendant will be required to pay the cost of treatment as directed by the probation officer.  The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

    (X)    The defendant shall remain compliant and shall take all medications that are prescribed by her treating psychiatrist.  The defendant shall cooperate with random blood tests as requested by his treating psychiatrist and/or her supervising probation officer to ensure that a therapeutic level of her prescribed medications is maintained.

**ORDERED:**    Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant to make **restitution** as follows:
**$6,045.00 to be made payable to Clerk, U.S. District Court; 901 19th Street, #A-105; Denver, CO  80294 to be disbursed to the following victim(s):**

| Victims | Amount |
|---|---|
| F.E.M.A.<br>Records Management<br>National Processing Service Center<br>P.O. Box 10055<br>Hyattsville, MD  20782-7055 | $5,685.00 |

Judge Wiley Y. Daniel
06-cr-00414-WYD - Sentencing Minutes

      American Red Cross      $ 360.00
      Mile High Chapter
      444 Sherman Street
      Denver, CO  80203

Restitution is to be made payable in monthly payments of at least **$175.00**. *The interest requirement is waived for the restitution.*

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:** Government's Motion to Dismiss Counts of the Indictment (#41 - 4/24/07) is **GRANTED.**

Order to Dismiss is **APPROVED BY THE COURT.**

**ORDERED:** Defendant is **REMANDED** to the custody of the U.S. Marshal.

**4:41 p.m.** Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:16**